IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SOMERO ENTERPRISES, INC.                                        PLAINTIFF

v.                          No. 5:12-cv-31-DPM

TIMOTHY HOYT d/b/a HOG
WILD CONCRETE SERVICE                                           DEFENDANT

## JUDGMENT

Somero's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2012